**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**Civil Action No. 5:24-cv-00189-KDB-DCK**

**TAYLOR M. HONSAKER,**

**Plaintiff**

**v.**

**CLAIMRETURN, LLC,**

**Defendant.**

**ORDER APPROVING FLSA SETTLEMENT**

UPON CONSIDERATION of the Plaintiff's Consent Motion for Approval of Settlement of FLSA Action ("Motion"), the Motion is GRANTED as follows:

(1) the Court finds that the Parties' proposed Settlement constitutes a fair and reasonable compromise of disputed claims under the Fair Labor Standards Act arising from a *bona fide* dispute;

(2) the Parties' proposed Settlement is approved, including the payment to Plaintiff, the release of claims, and payment of attorneys' fees as set forth therein;

(3) Plaintiff's Counsel's billable rates are approved as reasonable for the purposes of this action; and

(4) the action is dismissed with prejudice.

IT IS SO ORDERED.

Signed: May 29, 2025

Kenneth D. Bell
United States District Judge